| AO 10<br>Rev. 1/2015 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2019** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>MOSKOWITZ, Barry T. | 2. Court or Organization<br><br>Southern District of California | 3. Date of Report<br><br>05/14/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Senior U.S. District Judge (as of 01/23/2019) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2019<br>**to**<br>12/31/2019 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>333 W. Broadway, Suite 1580<br>San Diego, CA 92101 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member of the Advisory Board | San Diego Chapter of the Federal Bar Association |
| 2. | Power of Attorney for family member (managing assets and paying bills) | |
| 3. | Trustee | Family Trust A |
| 4. | Trustee | Family Trust B |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | California State Teachers Retirement System - Pension |
| 2. 2019 | San Diego Unified School District Supplemental Retirement Annuity from Pacific Life Insurance Company |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOSKOWITZ, Barry T. | 05/14/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. L.L. Bean Master Card | Revolving Credit Card Accounts (1) (issued by CitiBank) | K |
| 2. Citi Card | Revolving Credit Card Account (1) | J |
| 3. Bank of America | Revolving Credit Card Account (1) | J |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **MOSKOWITZ, Barry T.** | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Cabrillo Credit Union (accounts) | A | Interest | L | T | | | | | |
| 2. CA Teachers Retirement System | | None | J | T | | | | | |
| 3. Ford Common Stock | A | Dividend | J | T | | | | | |
| 4. Apple Common Stock | A | Dividend | J | T | | | | | |
| 5. San Diego County Credit Union (accounts) (Trust A) | A | Interest | K | T | | | | | |
| 6. U.S. Bank (accounts) (Trust A) | A | Interest | K | T | | | | | |
| 7. Wells Fargo Bank (accounts) (Trust A) | A | Interest | M | T | | | | | |
| 8. Schwab brokerage money market (Trust A) cash reserves | A | Interest | K | T | | | | | |
| 9. American Century CA (BCITX) Bond Fund (A) | C | Dividend | M | T | | | | | |
| 10. | A | Distribution | | | | | | | |
| 11. Vanguard CA Inter Term Bond Fund (VCADX) (A) | B | Dividend | L | T | | | | | |
| 12. Vanguard Inflation Bond Fund (VAIPX) (A) | A | Dividend | K | T | | | | | |
| 13. I Shares MSCI EAFE ETF (EFA) (A) | B | Dividend | K | T | | | | | |
| 14. Select STR Financial ETF (XLF) (A) | A | Dividend | K | T | | | | | |
| 15. SPDR S&P Mid Cap 400 ETF (MDY) (A) | A | Dividend | K | T | | | | | |
| 16. SPDR S&P 500 ETF (SPY) (A) | A | Dividend | K | T | | | | | |
| 17. I Shares Core S&P small cap ETF (IJR) (A) | A | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOSKOWITZ, Barry T. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Schwab Bank account (B) | A | Interest | K | T | | | | | |
| 19. Schwab Trust B brokerage money market (B) | A | Interest | K | T | | | | | |
| 20. American Century Inter (twtix) bond fund (B) | C | Dividend | M | T | | | | | |
| 21. Doubleline EMRG MKTS (DLENX) bond fund (B) | B | Dividend | K | T | | | | | |
| 22. Ridgeworth (Virtus) SEIX INVT bond fund (STTBX) (B) | B | Dividend | L | T | | | | | |
| 23. | B | Distribution | | | | | | | |
| 24. Schwab CA Tax Free Bond Fund (SWCAX) (B) | C | Dividend | M | T | | | | | |
| 25. | A | Distribution | | | | | | | |
| 26. USAA Tax Exempt Inter bond fund (USATX) (B) | C | Dividend | M | T | | | | | |
| 27. Vanguard CA Inter Term bond fund (VCADX) (B) | D | Dividend | M | T | | | | | |
| 28. Parnassus Core EQTY stock fund (PRBLX) (B) | A | Distribution | J | T | | | | | |
| 29. | A | Dividend | | | | | | | |
| 30. I Shares Select DIV. A ETF fund (DVY) (B) | A | Dividend | K | T | | | | | |
| 31. SP DR S&P DIV. ETF fund (SDY) (B) | A | Dividend | K | T | | | | | |
| 32. Vanguard REIT ETF fund (VNQ)(B) | A | Dividend | J | T | | | | | |
| 33. American Century High MUN bond fund (ABHYX) (B) | B | Dividend | L | T | | | | | |
| 34. | A | Distribution | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOSKOWITZ, Barry T. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | Vanguard High Yield Corp. bond fund (VWEAX) (B) | C | Dividend | L | T | | | | | |
| 36. | Navy Federal Credit Union (accounts) | A | Interest | K | T | | | | | |
| 37. | Mellon Bank of NY(cash account)(Trust A) | A | Interest | | | Matured | 07/01/19 | L | | |
| 38. | Goldman Sacks Bank (cash account)(Trust A) | C | Interest | | | Matured | 09/16/19 | M | | |
| 39. | Bank of India (cash account)(Trust A) | C | Interest | | | Matured | 09/25/19 | M | | |
| 40. | Manufactures Union Bank (cash account) (Trust A) | C | Interest | | | Matured | 09/25/19 | M | | |
| 41. | Morgan Stanley Bank (cash account)(Trust B) | C | Interest | M | T | | | | | |
| 42. | Citizens Bank(cash account)(TrustA) | | None | M | T | | | | | |
| 43. | Bank of China NE (cash account)(Trust A) | | None | L | T | | | | | |
| 44. | Bank of America (cash account)(Trust A) | | None | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **MOSKOWITZ, Barry T.** | 05/14/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII.

In 2016, I became the successor trustee for one of my family members who is the lifetime beneficiary of the trusts. I also started acting as power of attorney for the same family member in 2016. Pursuant to the Instruction, the investment assets subject to the power of attorney were not reported. The assets in Trusts A and B are denoted by (A) and (B) respectively.

| Name of Person Reporting | Date of Report |
|---|---|
| **MOSKOWITZ, Barry T.** | 05/14/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Barry T. MOSKOWITZ**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544